284 U.S. 579
 52 S.Ct. 28
 76 L.Ed. 502
 L. S. BRANNAN, M. N. Carroll, D. O. Hamby, et al., appellants,
v.
William B. HARRISON, as Comptroller General, etc.
 No. 169.
 Supreme Court of the United States
 October 26, 1931
 
 Mr. C. N. Davie, of Atlanta, Ga., for appellants.
 PER CURIAM.
 
 
 1
 The appeal herein is dismissed. Louisiana Navigation Co. Ltd., v. Oyster Commission, 226 U. S. 99, 101, 33 S. Ct. 78, 57 L. Ed. 138; Reddall v. Bryan, 24 How. 420, 16 L. Ed. 740; Bruce v. Tobin, 245 U. S. 18, 19, 38 S. Ct. 7, 62 L. Ed. 123; Verden v. Coleman, 18 How. 86, 15 L. Ed. 272; Moses v. The Mayor, 15 Wall. 387, 21 L. Ed. 176.